IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LEVERT SMITH and NELSON D. RADFORD,
Co-Administrators of the Estate of
JOSEPH JEREMAINE PORTER,

      Plaintiffs,

v.                               Civil Action No. 5:12CV86
                                       (STAMP)

SCOTTSDALE INSURANCE COMPANY,
SCOTTSDALE INDEMNITY COMPANY and
NATIONWIDE INSURANCE COMPANY,

      Defendants.

## ORDER DIRECTING CLERK OF COURT TO TERMINATE ATTORNEY STAPLES AS COUNSEL FOR PLAINTIFFS

The Clerk of Court has previously advised attorney Dwight J. Staples, one of the attorneys for the plaintiffs in the above-styled civil action, by two notices that he must either be admitted to practice in this Court as a member of The West Virginia State Bar or be admitted pro hac vice under the procedures noted in the verification of bar membership notice.  On August 22, 2012, the undersigned judge wrote to Attorney Staples noting that he had not responded to either notice and advising him that if he was not admitted to practice before this Court as a member of The West Virginia State Bar or admitted pro hac vice on or before September 10, 2012, the Clerk of Court would be directed to remove his name from the docket as one of counsel for the plaintiffs subject to his being able to be subsequently admitted upon proper showing.

As of this date, Attorney Staples has not responded to this letter or to the previous notices.  Accordingly, the Clerk is

hereby DIRECTED to terminate Attorney Staples as one of counsel for the plaintiffs subject to his being reinstated as counsel upon presenting proper evidence of admission.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    September 12, 2012


/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE