# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| LEVERT SMITH, et al.  *Plaintiff*  v.  SCOTTSDALE INSURANCE COMPANY, et al.  *Defendant* | Civil Action No. 5:12-CV-86 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: pursuant to F.R.C.P. 58, the Clerk is directed to enter judgment on this matter.

.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Frederick P. Stamp, Jr.  on a motion for summary judgment  The defendant's motion for summary judgment is GRANTED. It is ORDERED that this civil action is DISMISSED and STRICKEN from the active docket of this court.

Date: 12/16/2014

CHERYL DEAN RILEY,
*CLERK OF COURT*

/s/ Clara M. Cottrell, Deputy Clerk
*Signature of Clerk or Deputy Clerk*